IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| RALPH JAMES MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>LUCY ELIZABETH MITCHELL, et al.<br><br>Defendants. | CIVIL NO. 13-00310 DKW RLP<br><br>**ORDER DISMISSING CASE** |

**ORDER DISMISSING CASE**

On August 23, 2013, the Court dismissed Plaintiff pro se Ralph James Mitchell's complaint and granted Plaintiff until September 27, 2013 to file an amended complaint. *See* August 23, 2013 Order (Dkt. No. 11). The Court cautioned Plaintiff in the August 23, 2013 Order that failure to (1) file an amended complaint, and (2) either file an amended application to proceed *in forma pauperis* or pay the required filing fee, would result in the automatic dismissal of this action. As of the date of this order, Plaintiff has not complied with either of these

requirements. Accordingly, this case is hereby dismissed and the Clerk's Office is directed to close the case.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI'I, October 2, 2013.




/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Ralph James Mitchell v. Lucy Elizabeth Mitchell, et al.; CV 13-00310 DKW-RLP; ORDER DISMISSING CASE